[Submitted by:]

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
SETH M. BARSKY, Section Chief
Wildlife and Marine Resources Section
KRISTEN GUSTAFSON, Assistant Section Chief
BRIDGET KENNEDY McNEIL, CO Bar # 34299
Senior Trial Attorney
999 18th St., Suite 370
Denver, CO 80202
(303) 844-1484
(303) 844-1350 (fax)
Bridget.McNeil@usdoj.gov

*Attorneys for Federal Defendants in*
*Pacific Choice Seafood Company v. Pritzker, Case*
*No 3:15-cv-5572-HSG*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| | |
|---|---|
| PACFIC COAST FED'N OF FISHERMEN'S ASSOCIATIONS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GARY LOCKE, *et al.*,<br><br>Defendants. | No. 3:10-cv-04790-CRB<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pending before this Court is an Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Civil L.R. 3-12, concerning.  Having considered the motion and all responses and replies thereto, the Court hereby determines that:

[ ]   The two cases are related.

[**X**]   The two cases are not related.

Dated this 12th day of January, 2016

_____
The Honorable Charles R. Breyer
Senior United States District Judge