1  EDWARD C. DUCKERS (SB #242113)
   ed.duckers@stoel.com
2  STOEL RIVES LLP
   Three Embarcadero Center, Suite 1120
3  San Francisco, CA  94111
   Telephone:  (415) 617-8900
4  Facsimile:  (415) 617-8907

5  RYAN P. STEEN (admitted *pro hac vice*)
   ryan.steen@stoel.com
6  JEFFREY W. LEPPO (admitted *pro hac vice*)
   jeffrey.leppo@stoel.com
7  STOEL RIVES LLP
   600 University Street, Suite 3600
8  Seattle, WA  98101
   Telephone:  (206) 386-7610
9  Facsimile:  (206) 386-7500

10 Attorneys for Plaintiffs
   *Pacific Choice Seafood Company; Sea Princess, LLC;*
11 *Pacific Fishing, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC CHOICE SEAFOOD COMPANY; SEA PRINCESS, LLC; PACIFIC FISHING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PENNY PRITZKER, U.S. SECRETARY OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Case No. 15-cv-05572-HSG<br><br>ORDER RE: PLAINTIFFS' UNOPPOSED MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE<br><br>Administrative Procedure Act Case |

Pending before this Court is Plaintiffs' Unopposed Motion to Reschedule Case Management Conference filed in accordance with Civ. L.R. 16-2(d).  Having considered the

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER
Case No. 15-cv-05572-HSG                 -1-

87430354.1 0052902-00014

1  unopposed motion, this Court hereby determines that the Case Management Conference presently

2  scheduled for August 16, 2016 will be rescheduled for August 30, 2016.

4      Dated this 2nd day of August, 2016.

                                                   *Haywood S. Gilliam Jr.*
                                    The Honorable Haywood S. Gilliam, Jr.
                                    United States District Court Judge

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER
Case No. 15-cv-05572-HSG
87430354.1 0052902-00014

-2-