[Submitted by:]

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
SETH M. BARSKY, Section Chief
Wildlife and Marine Resources Section
MEREDITH FLAX, Assistant Section Chief
BRIDGET KENNEDY McNEIL, CO Bar # 34299
Senior Trial Attorney
999 18th St., Suite 370
Denver, CO 80202
(303) 844-1484
(303) 844-1350 (fax)
Bridget.McNeil@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC CHOICE SEAFOOD COMPANY; SEA PRINCESS, LLC; PACIFIC FISHING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PENNY PRITZKER, U.S. SECRETARY OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Case No. 3:15-cv-05572-HSG<br><br>ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT AUGUST 30, 2016 CASE MANAGEMENT CONFERENCE |

1  Counsel for Federal Defendants has requested permission to appear telephonically at the
2  August 30, 2016 case management conference in this case.  For good cause, the request is
3  GRANTED.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the
4  telephonic appearance.

5

6  IT IS SO ORDERED.                           August 19, 2016

7
8                                              _____
                                                The Hon. Haywood S. Gilliam, Jr.
9                                               United States District Court Judge