UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC CHOICE SEAFOOD COMPANY, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>PENNY PRITZKER, et al.,<br><br>   Defendants. | Case No. 15-cv-05572-HSG<br><br>**ORDER REGARDING REQUEST TO EXPAND MOTION FOR SUMMARY JUDGMENT PAGE LIMITS**<br><br>Re: Dkt. No. 54 |

On August 22, 2016, the parties filed a joint case management statement requesting that the Court expand the page limits on the opening and reply briefs to their cross-motions for summary judgment. Dkt. No. 54 ¶ 21.

The Court hereby GRANTS the request with these modifications:

∙ Plaintiffs' Motion for Summary Judgment will be limited to 35 pages;

∙ Defendants' Combined Response and Cross-Motion will be limited to 35 pages;

∙ Plaintiffs' Combined Response and Reply will be limited to 20 pages; and

∙ Defendants' Reply will be limited to 10 pages.

**IT IS SO ORDERED.**

Dated: 8/31/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge