EDWARD C. DUCKERS (SB #242113)
ed.duckers@stoel.com
STOEL RIVES LLP
Three Embarcadero Center, Suite 1120
San Francisco, CA 94111
Telephone: (415) 617-8900
Facsimile: (415) 617-8907

RYAN P. STEEN (admitted *pro hac vice*)
ryan.steen@stoel.com
JEFFREY W. LEPPO (admitted *pro hac vice*)
jeffrey.leppo@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 386-7610
Facsimile: (206) 386-7500

Attorneys for Plaintiffs
*Pacific Choice Seafood Company; Sea Princess, LLC;*
*Pacific Fishing, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC CHOICE SEAFOOD COMPANY; SEA PRINCESS, LLC; PACIFIC FISHING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PENNY PRITZKER, U.S. SECRETARY OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Case No. 15-cv-05572-HSG<br><br>ORDER SETTING SUMMARY JUDGMENT HEARING DATE<br><br>Administrative Procedure Act Case |

Plaintiffs and Defendants have jointly requested the Court to schedule a hearing on

motions for summary judgment in this matter for March 9, 2017.  The request is GRANTED.

The hearing on motions for summary judgment in this matter is scheduled for 2:00 p.m. on

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER
Case No. 15-cv-05572-HSG         -1-

88367635.1 0052902-00014

1  Thursday, March 9, 2017, at the San Francisco Courthouse, Courtroom 10, 450 Golden Gate

2  Avenue, San Francisco, California.

3  IT IS SO ORDERED.

4      Dated this 26th day of September, 2016

5

6

7                                       The Honorable Haywood S. Gilliam, Jr.

8                                       United States District Court Judge

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER
Case No. 15-cv-05572-HSG

-2-

88367635.1 0052902-00014