1   [Submitted by:]

2   JOHN C. CRUDEN
    Assistant Attorney General
3   Environment and Natural Resources Division
4   United States Department of Justice
    SETH M. BARSKY, Section Chief
5   Wildlife and Marine Resources Section
    MEREDITH FLAX, Assistant Section Chief
6   BRIDGET KENNEDY McNEIL, CO Bar # 34299
7   Senior Trial Attorney
    999 18th St., Suite 370
8   Denver, CO 80202
    (303) 844-1484
9   (303) 844-1350 (fax)
10  Bridget.McNeil@usdoj.gov

11  *Attorneys for Federal Defendants*

12

13
                    UNITED STATES DISTRICT COURT
14                NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
15

16                                              )
17  PACIFIC CHOICE SEAFOOD                      )
    COMPANY; SEA PRINCESS, LLC;                 )
18  PACIFIC FISHING, LLC,                       )   Case No. 3:15-cv-05572-HSG
                                                )
19              Plaintiffs,                      )   ORDER GRANTING REQUEST TO APPEAR
20                                              )   TELEPHONICALLY AT OCTOBER 18, 2016
                 v.                             )   CASE MANAGEMENT CONFERENCE
21                                              )
22  PENNY PRITZKER, U.S. SECRETARY              )
    OF COMMERCE; NATIONAL                       )
23  MARINE FISHERIES SERVICE,                   )
                                                )
24              Defendants.                      )
25                                              )

26

27

28

1    Counsel for Federal Defendants has requested permission to appear telephonically at the

2  October 18, 2016 case management conference in this case.  For good cause, the request is

3  GRANTED.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the

4  telephonic appearance.

5

6  IT IS SO ORDERED.

7

8  October 14, 2016

9

10

11    The Hon. Haywood S. Gilliam, Jr.
    United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28