EDWARD C. DUCKERS (SB #242113)
ed.duckers@stoel.com
STOEL RIVES LLP
Three Embarcadero Center, Suite 1120
San Francisco, CA  94111
Telephone:  (415) 617-8900
Facsimile:  (415) 617-8907

RYAN P. STEEN (admitted *pro hac vice*)
ryan.steen@stoel.com
JEFFREY W. LEPPO (admitted *pro hac vice*)
jeffrey.leppo@stoel.com
JARED R. WIGGINTON (SB #298194)
jared.wigginton@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 386-7610
Facsimile:  (206) 386-7500

Attorneys for Plaintiffs
*Pacific Choice Seafood Company; Sea Princess, LLC;*
*Pacific Fishing, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC CHOICE SEAFOOD COMPANY; SEA PRINCESS, LLC; PACIFIC FISHING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PENNY PRITZKER, U.S. SECRETARY OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Case No. 15-cv-05572-HSG<br><br>ORDER GRANTING PLAINTIFFS' REQUEST TO PARTICIPATE TELEPHONICALLY AT THE OCTOBER 18, 2016 CASE MANAGEMENT CONFERENCE<br><br>Administrative Procedure Act Case |

Counsel for Plaintiffs has requested permission to appear telephonically at the October 18, 2016 case management conference in this case.  For good cause, the request is GRANTED.

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER
Case No. 15-cv-05572-HSG                -1-

88761421.1 0052902-00014

1  Counsel shall contact the Court at (866) 582-6878 to make arrangements for the telephonic
2  appearance.
3  IT IS SO ORDERED.
4      Dated this 17th day of October, 2016

_Haywood S. Gilliam Jr._
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

[PROPOSED] ORDER
Case No. 15-cv-05572-HSG            -2-
88761421.1 0052902-00014

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO